IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No. 17-23448-jad |
| Kenneth R. Watson, Debtor ) | |
| ) | Chapter 13 |
| Kenneth R. Watson, Movant ) | |
| Vs. ) | Hrg: 9/27/2017 @ 11 am |
| Bank of America, NA and ) | |
| Ronda Winnecour, Ch. 13 Trustee, ) | |
| Respondents ) | |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION TO EXTEND AUTOMATIC STAY**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Extend Automatic Stay filed on August 31, 2017 has been received. The undersigned further certifies that the Court's docket has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than September 17, 2017.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: September 25, 2017

/s/Shawn N. Wright
SHAWN N. WRIGHT, ESQUIRE
Counsel for Debtor; PA#64103
7240 McKnight Road
Pittsburgh, PA 15237
(412) 920–6565
shawn@shawnwrightlaw.com