IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No. 17-23448-JAD |
| Kenneth R. Watson, Debtor ) | |
| ) | Chapter 13 |
| Kenneth R. Watson, Movant ) | Related to Document No. 16 |
| Vs. ) | |
| Bank of America, NA and ) | |
| Ronda Winnecour, Ch. 13 Trustee, ) | **ENTERED BY DEFAULT** |
| Respondents ) | |

## ORDER

AND NOW, this __25th__ day of __September__, 2017, IT IS ORDERED that the automatic stay under Section 362 shall apply to all creditors for the duration of this chapter 13 proceeding, or until such time as the stay is terminated under Section 362(c)(1) or (c)(2), or a motion for relief is granted under Section 362(d).

BY THE COURT:

*Carlota M. Böhm*
kmt

FILED
9/25/17 3:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
```

In re:                                                              Case No. 17-23448-JAD
Kenneth R. Watson                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: kthe              Page 1 of 1              Date Rcvd: Sep 25, 2017
                              Form ID: pdf900         Total Noticed: 9

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2017.
db             +Kenneth R. Watson,    113 Vesper Street,    Bridgeville, PA 15017-2627
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14683931       +Bank of America,    450 American Street,    Simi Valley, CA 93065-6285
14683932      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court:    Capital One,    PO Box 85520,    Richmond, VA 23285-5075)
14683933        Chartiers Valley School District,    c/o Jordan Tax Service,    Bethel Park, PA 15102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14683934       +E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 26 2017 01:31:23
                 Credit Collection Services,    Two Wells Avenue,    Newton Center, MA 02459-3246
14683935       +E-mail/PDF: creditonebknotifications@resurgent.com Sep 26 2017 01:36:17      Credit One,
                 P.O. Box 98872,    Las Vegas, NV 89193-8872
14683936       +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 26 2017 01:41:42      LVNV Funding,
                 P.O. Box 10584,    Greenville, SC 29603-0584
14683937       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 26 2017 01:30:52       Midland Funding,
                 8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
                                                                                               TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
                                                                                 TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2017                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2017 at the address(es) listed below:
            James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
            Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
            Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
            S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
             Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
            Shawn N. Wright    on behalf of Debtor Kenneth R. Watson shawn@shawnwrightlaw.com,
             wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
                                                                                           TOTAL: 5
```