IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Kenneth R. Watson, | : | Bankruptcy No. 17-23448 |
| Debtor | : | |
| | : | Chapter 13 |
| Kenneth R. Watson, Movant | : | |
| | : | |
| v. | : | Related to Doc. #42 |
| | : | |
| Ronda J. Winnecour, Chapter 13 Trustee, | : | |
| Respondent | : | |

### ORDER OF COURT

And now, this ___14th___ day of ___November___, 2018, upon Debtor's Motion for Approval of Vehicle

Loan, it is hereby ORDERED AND ADJUDGED, that Debtor shall be permitted to obtain an automobile

loan for the purchase of a vehicle with monthly payments not to exceed $400.00 per month.

Debtor agrees to file an Amended Chapter 13 Plan within fifteen days of closing and to file a

Notice of Financing with the Court.

Debtor agrees that the said automobile loan shall not be modified during the bankruptcy case, and

specifically, not be subject to a Section 506 cram-down action.

_____
UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

CONSENTED TO:

/s/Jana Pail
Jana Pail, Esquire; PA#88910
Office of the Chapter 13 Trustee
3250 U.S. Steel Building
600 Grant Street
Pittsburgh, PA 15219
(412) 471-5566
jpail@chapter13trusteewdpa.com


/s/  Shawn N. Wright
Shawn N. Wright, Esquire; PA#64103
*Counsel for Debtor, Kenneth R. Watson*
7240 McKnight Road
Pittsburgh, PA  15237

FILED
11/14/18 7:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

(412) 920-6565
shawn@shawnwrightlaw.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-23448-JAD
Kenneth R. Watson                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy            Page 1 of 1            Date Rcvd: Nov 14, 2018
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2018.
db             +Kenneth R. Watson,    113 Vesper Street,   Bridgeville, PA 15017-2627

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2018                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2018 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Borough of Bridgeville/Chartiers Valley School District
          jhunt@grblaw.com,   cnoroski@grblaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
          Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          Shawn N. Wright    on behalf of Debtor Kenneth R. Watson shawn@shawnwrightlaw.com,
          wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.co
          m
                                                                          TOTAL: 6