IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Kenneth R. Watson ) | Case No.: 17-23448 JAD |
| ) | Chapter 13 |
| Debtor ) | |
| _____) | |
| Ronda J. Winnecour, Chapter 13 ) | |
| Trustee, ) | |
| ) | |
| Movant, ) | |
| ) | |
| Vs. ) | |
| Bank of America, N.A. ) | |
| ) | |
| Respondent(s) ) | |

### TRUSTEE'S WITHDRAWAL OF MOTION TO COMPEL PROOF THAT CHARGES HAVE BEEN REMOVED FROM LOAN

The Motion to Compel Proof that Charges Have Been Removed from Loan, filed in the above referenced case on March 11, 2019 (document no. 45) is hereby WITHDRAWN.

Respectfully submitted,

3/19/2019
date

/s/ Ronda J. Winnecour
Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: )<br>Kenneth R. Watson )<br> )<br>    Debtor )<br>_____) <br>Ronda J. Winnecour, Chapter 13 )<br>Trustee, )<br> )<br>    Movant, )<br> )<br>    Vs. )<br>Bank of America, N.A. )<br> )<br>    Respondent(s) ) | Case No.: 17-23448 JAD<br>Chapter 13 |

CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading upon the following, by First Class United States mail, postage prepaid:

Kenneth R. Watson
113 Vesper Street
Bridgeville, PA  15017

Shawn N. Wright, Esquire
Law Office of Shawn N. Wright
7240 McKnight Rd
Pittsburgh, PA  15237

Bank of America
P.O. Box 31785
Tampa, FL  33631-3785

James C. Warmbrodt, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA  19106

Brian T. Moynihan
Chief Executive Officer
Bank of America Corporate Office
100 N. Tryon Street
Charlotte, NC  28255

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA  15222

| | |
|---|---|
| 3/19/2019 | /S/ Jeannine L. Lemarie |
| date | Administrative Assistant |
| | Office of the Chapter 13 Trustee |
| | US Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA  15219 |
| | cmecf@chapter13trusteewdpa.com |