IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:  )<br>Kenneth R. Watson  )<br>  )<br>    Debtor  )<br>_____) <br>Ronda J. Winnecour, Chapter 13  )<br>Trustee,  )<br>  )<br>    Movant,  )<br>  )<br>    Vs.  )<br>Bank of America, N.A.  )<br>  )<br>    Respondent(s)  ) | Case No.: 17-23448 JAD<br>Chapter 13<br><br>Doc. # 47 |

### TRUSTEE'S WITHDRAWAL OF MOTION TO COMPEL PROOF THAT CHARGES HAVE BEEN REMOVED FROM LOAN

The Motion to Compel Proof that Charges Have Been Removed from Loan, filed in the above referenced case on March 11, 2019 (document no. 45) is hereby WITHDRAWN.

Respectfully submitted,

3/19/2019
date

/s/ Ronda J. Winnecour
Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

So Ordered this 26th Day of March 2019

*[signature]*
jsf

Jeffery A. Deller
U.S. Bankruptcy Judge

FILED
3/26/19 2:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Kenneth R. Watson  
    Debtor  

Case No. 17-23448-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: culy     Page 1 of 1     Date Rcvd: Mar 26, 2019  
                     Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2019.  
db        +Kenneth R. Watson,    113 Vesper Street,    Bridgeville, PA 15017-2627  
cr         BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL   33631-3785

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2019 at the address(es) listed below:  
         James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
         Jeffrey R. Hunt    on behalf of Creditor    Borough of Bridgeville/Chartiers Valley School District jhunt@grblaw.com, cnoroski@grblaw.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
         Shawn N. Wright    on behalf of Debtor Kenneth R. Watson shawn@shawnwrightlaw.com, wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.com  
                                                                                                                TOTAL: 6