IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  Kenneth R. Watson,  :  <br>                   Debtor  : | Bankruptcy No. 17-23448 |
| : | Chapter 13 |
| Kenneth R. Watson, Movant  : | |
| : | Doc. #50 |
| v.  : | |
| : | |
| Ronda J. Winnecour, Chapter 13 Trustee,  : | |
|                   Respondent  : | |

## ORDER OF COURT

And now, this  21st  day of  October  , 2019, upon Debtor's Motion for Approval of Vehicle Loan, it is hereby ORDERED AND ADJUDGED, that Debtor shall be permitted to obtain an automobile loan for the purchase of a vehicle with monthly payments not to exceed $400.00 per month.

Debtor agrees to file an Amended Chapter 13 Plan within fifteen days of closing and to file a Notice of Financing with the Court.

Debtor agrees that the said automobile loan shall not be modified during the bankruptcy case, and specifically, not be subject to a Section 506 cram-down action.

_____
UNITED STATES BANKRUPTCY JUDGE

CONSENTED TO:

/s/Jana Pail
Jana Pail, Esquire; PA#88910
Office of the Chapter 13 Trustee
3250 U.S. Steel Building
600 Grant Street
Pittsburgh, PA 15219
(412) 471-5566
jpail@chapter13trusteewdpa.com


/s/  Shawn N. Wright
Shawn N. Wright, Esquire; PA#64103
*Counsel for Debtor, Kenneth Watson*
7240 McKnight Road
Pittsburgh, PA  15237

FILED
10/21/19 1:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Case 17-23448-JAD    Doc 52    Filed 10/23/19    Entered 10/24/19 00:46:30    Desc Imaged
(412) 920-6565             Certificate of Notice    Page 2 of 3
shawn@shawnwrightlaw.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Kenneth R. Watson  
    Debtor

Case No. 17-23448-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: dpas      Page 1 of 1      Date Rcvd: Oct 21, 2019  
                         Form ID: pdf900      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2019.
```
db             +Kenneth R. Watson,    113 Vesper Street,    Bridgeville, PA 15017-2627
               +Jana Pail, Esquire,    3250 U.S. Steel Tower,    600 Grant Street,    Pittsburgh, PA  15219,
                 US 15219-2702
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2019                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2019 at the address(es) listed below:
```
              James Warmbrodt     on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Bridgeville/Chartiers Valley School District
               jhunt@grblaw.com,    cnoroski@grblaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Shawn N. Wright     on behalf of Debtor Kenneth R. Watson shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.co
               m
                                                                                             TOTAL: 6
```