## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Kenneth R. Watson, | ) | **Case No. 17-23448-JAD** |
| | ) | |
| | ) | **Chapter 13** |
| Debtor | ) | |
| _____ | ) | Doc. # 65 |

### STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

***[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:**

☐        a motion to dismiss case or certificate of default requesting dismissal

☐        a plan modification sought by:  _____

☐        a motion to lift stay
as to creditor  _____

☒        Other:        It has come to the attention of Debtor's Counsel that the incorrect
monthly payment amount to Clearview Federal Credit Union was listed
in the Amended Plan and the parties agree that this should be corrected

  **WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

  **IT IS HEREBY ORDERED** that the

***[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]***

  ☐ Chapter 13 Plan
  ☒ Amended Chapter 13 Plan dated December 5, 2019 and confirmed final on February 11, 2020

is modified as follows:

***[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]***

☒        Debtor's s) Plan payments shall be remain the same.                          .

-1-

☐     In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments.  If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐     Debtor(s) shall file and serve _____ on or before _____.

☐     If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐     If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒     Other:    The amount being paid for the post-petition automobile loan with Clearview Federal Credit Union shall be changed from $215.96 to $244;

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order.  Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this 13th day of ___April___, 2021

_____ jsf

United States Bankruptcy Judge

Jeffery A. Deller

Stipulated by:

/s/Shawn N. Wright                                        FILED
Shawn N. Wright, Esquire                                 4/13/21 10:21 am
PA I.D. #64103                                           CLERK
Counsel for Debtor, Kenneth R. Watson.                   U.S. BANKRUPTCY
7240 McKnight Road                                       COURT - WDPA
Pittsburgh, PA 15237
(412) 920-6565
shawn@shawnwrightlaw.com

Owen Katz, Staff Attorney
Office of the Chapter 13 Trustee
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh  PA  15219
(412) 471-5566 x3124
Fax (412) 471-5470; PAID# 36473
Email: okatz@chapter13trusteewdpa.com

cc:   All Parties in Interest to be served by Clerk

-3-

United States Bankruptcy Court
Western District of Pennsylvania

In re:
                                                                                                Case No. 17-23448-JAD
Kenneth R. Watson                                                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: dpas                                         Page 1 of 2
Date Rcvd: Apr 13, 2021                       Form ID: pdf900                                    Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
            regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kenneth R. Watson, 113 Vesper Street, Bridgeville, PA 15017-2627 |
| cr | + | Borough of Bridgeville/Chartiers Valley School Dis, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14683931 | + | Bank of America, 450 American Street, Simi Valley, CA 93065-6285 |
| 14721420 | | Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 14720141 | + | Borough of Bridgeville, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14720118 | + | Borough of Bridgeville/Chartiers Valley SD, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14683933 | | Chartiers Valley School District, c/o Jordan Tax Service, Bethel Park, PA 15102 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14683932 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 14 2021 09:29:29 | Capital One, PO Box 85520, Richmond, VA 23285-5075 |
| 14683934 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 14 2021 09:18:00 | Credit Collection Services, Two Wells Avenue, Newton Center, MA 02459-3225 |
| 14683935 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 14 2021 09:46:06 | Credit One, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 14683936 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 14 2021 09:37:51 | LVNV Funding, P.O. Box 10584, Greenville, SC 29603-0584 |
| 14738329 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 14 2021 09:37:52 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14683937 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 14 2021 09:17:00 | Midland Funding, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 14713405 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 14 2021 09:46:16 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14717979 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Apr 14 2021 09:38:02 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | * | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |

District/off: 0315-2                          User: dpas                                Page 2 of 2
Date Rcvd: Apr 13, 2021                       Form ID: pdf900                           Total Noticed: 16

cr              *+          BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2021                    Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Bridgeville/Chartiers Valley School District jhunt@grblaw.com  cnoroski@grblaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |
| Shawn N. Wright | on behalf of Debtor Kenneth R. Watson shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |

TOTAL: 6