Form 408

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Kenneth R. Watson**
Debtor(s)

Bankruptcy Case No.: 17−23448−JAD

Chapter: 13
Docket No.: 79 − 78

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 26th of October, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 12/12/22.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **12/21/22 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **12/12/22.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23448-JAD |
| Kenneth R. Watson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Oct 26, 2022 | Form ID: 408 | Total Noticed: 16 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kenneth R. Watson, 113 Vesper Street, Bridgeville, PA 15017-2627 |
| cr | + | Borough of Bridgeville/Chartiers Valley School Dis, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 14720141 | + | Borough of Bridgeville, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14720118 | + | Borough of Bridgeville/Chartiers Valley SD, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14683933 | | Chartiers Valley School District, c/o Jordan Tax Service, Bethel Park, PA 15102 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Oct 26 2022 23:48:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14683931 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 26 2022 23:48:00 | Bank of America, 450 American Street, Simi Valley, CA 93065-6285 |
| 14721420 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 26 2022 23:48:00 | Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 14683932 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 26 2022 23:46:38 | Capital One, PO Box 85520, Richmond, VA 23285-5075 |
| 14683934 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 26 2022 23:49:00 | Credit Collection Services, Two Wells Avenue, Newton Center, MA 02459-3225 |
| 14683935 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 26 2022 23:46:45 | Credit One, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 14683936 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2022 23:47:12 | LVNV Funding, P.O. Box 10584, Greenville, SC 29603-0584 |
| 14738329 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2022 23:47:12 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14683937 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 26 2022 23:48:00 | Midland Funding, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 14713405 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2022 23:47:35 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14717979 | | Email/PDF: ebn_ais@aisinfo.com | Oct 26 2022 23:47:36 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 11

Case 17-23448-JAD   Doc 81   Filed 10/28/22   Entered 10/29/22 00:27:56   Desc Imaged
Certificate of Notice   Page 3 of 3

| District/off: 0315-2 | User: auto | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Oct 26, 2022 | Form ID: 408 | Total Noticed: 16 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | BANK OF AMERICA, N.A. |
| cr | * | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2022                Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Bridgeville/Chartiers Valley School District jhunt@grblaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |
| Shawn N. Wright | on behalf of Debtor Kenneth R. Watson shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |

TOTAL: 6